UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-23293-JLK

KAT FLORENCE, LLC, A Florida
Limited Liability Company,

      Plaintiff

v.

ELUMEO SE,

      Defendant.
_____/

**ORDER GRANTING IN PART
AND DENYING IN PART DEFENDANT'S BILL OF COSTS**

THIS CAUSE is before the Court on the August 21, 2023, Report and Recommendation ("R&R") (DE 58) of Magistrate Judge Jacqueline Becerra. No objections were filed and the time to do so has passed.

The R&R recommends that Defendant's Motion for Costs (DE 52) be granted in part and denied in part, and Defendant be awarded $537.40 in just costs pursuant to 28 U.S.C. § 1919. R&R at 10. Upon consideration of the record and the R&R, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Therefore, it is **ORDERED, ADJUDGED and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's Report and Recommendation **(DE 58)** be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court; and

2. Defendant's Motion for Costs **(DE 52)** is hereby **GRANTED IN PART AND DENIED IN PART** consistent with Magistrate Judge Becerra's R&R**.**

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 8th day of September, 2023.

JAMES LAWRENCE KING  
UNITED STATES DISTRICT JUDGE  
SOUTHERN DISTRICT OF FLORIDA

cc:   All counsel of record